

# Fourth Court of Appeals
## San Antonio, Texas

April 11, 2018

No. 04-18-00065-CV

**IN THE INTEREST OF A.G-V.**, a child,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02802
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

Appellant Father's brief is due April 10, 2018. On April 9, 2018, appellant Father filed his first motion for extension of time, asking for an additional twenty days in which to file his brief. After review, we **GRANT** appellant Father's motion and **ORDER** him to file his brief in this court on or before April 30, 2018. Appellant Father is reminded that this is an accelerated appeal, and under the supreme court's rules, must be disposed of within 180 days from the date the notice of appeal was filed in the trial court. Accordingly, extensions will be limited. **We note that appellant Father failed to include a certificate of conference in his motion. We advise appellant Father that all future filings should include a certificate of conference as mandated by Rule 10.1(a)(5).** *See* **Tex. R. App. P. 10.1(a)(5) (stating that in civil cases, except for motions for rehearing and en banc reconsideration, motion must contain or be accompanied by certificate stating that filing party conferred, or made reasonable attempt to confer, with all other parties about merits of motion and whether those parties oppose motion).**

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of April, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court